**Electronically Filed
Supreme Court
SCWC-17-0000871
24-APR-2020
08:39 AM**

SCWC-17-0000871

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JAMES SIUGPIYEMAL,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000871; CASE NO. 2PC141000774(3)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant James Siugpiyemal's

application for writ of certiorari, filed on March 11, 2020, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 24, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

